Case No. 5 for this morning is DeSilva v. United States. Mr. Patton. Good morning, Your Honors. Attempt offenses never have as an element the use, attempted use, or threatened use of physical force against a person of another. And therefore, they are not crimes of violence or violent felonies. I understand your position, but of course the circuit rules otherwise in Hill. Yes, sir. Given Hill, is there anything left in this case? Not unless the panel would like to do a new opinion and circulate it under Rule 40E to reconsider Hill. But as we said in our position that we filed post-Demiah, while Demiah didn't address the issue, in the interim, Hill did. Wouldn't we have to reconsider DDB as well? I don't think so, Your Honor. As I read DDB, it addressed a particular aspect of Indiana attempt law. DDB, of course, accepted Hill as the law of the circuit with regard to Illinois attempts, which, again, unless it has to. I think it would be safe to say you've preserved your position for presentation in a petition for en banc or the Supreme Court. Yes, Your Honor. Look, candidly, I'm not sure what we kind of thought that maybe this would get canceled because of Hill. No, we presumptively hear argument in cases with lawyers on both sides, and here we are. And look, I represented Mr. Espinoza. He lost based on Hill. We filed a cert petition that got considered at the conference on Monday. Yeah. So it's the same argument. Okay. All right. Thank you very much. Mr. Brown, anything else to say? This might be a very easy argument. Mr. Walters, for the United States, I find myself agreeing to disagree with my colleague. We disagree on whether Hill is correct, but we agree that Hill is controlling. Have any other circuits held contrary to our decisions in Hill and DDB? Your Honor, given that DDB was just decided, and I think, as Mr. Patton pointed out, was unique to the Indiana attempt statute, when I looked, I hadn't seen DDB cited. As far as United States v. Hill, that has been cited favorably by a number of circuits. I think most thoroughly by United States v. St. Herbert or Hurlbert in the 11th Circuit, which was a 2018 decision. Perhaps United States v. Dean out of the 10th Circuit or 4th Circuit in an unpublished decision. And then there's another unpublished decision. We've cited them in our various Rule 28J statements. As far as any circuit contradicting this court, to my knowledge, no, there's not a circuit split on this issue. Thank you. Anything further? Not much to say, I think. Okay. Well, thank you very much. The case is taken under advisement. The court will take a brief recess before calling the sixth case.